NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE AVOCENT REDMOND CORP.

---

2013-1079
(Reexamination No. 90/010,628)

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

## ON MOTION

---

Before PROST, MOORE, and O'MALLEY, *Circuit Judges*.

MOORE, *Circuit Judge*.

## O R D E R

The Solicitor of the United States Patent and Trademark Office (Solicitor) moves without opposition to remand this case to the United States Patent and Trademark Office, Patent Trial and Appeal Board (Board).

The Solicitor states that remand is required for the Board to address Avocent Redmond Corp.'s outstanding request to reopen prosecution.

IN RE AVOCENT REDMOND CORP.                                            2

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded.

(2)  Each side shall bear its own costs.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS A MANDATE: April 11, 2013